James Gould, Appellant, *v.* John Nyce, Respondent.

(Argued June 17, 1886; decided June 25, 1886.)

*J. F. Mosher* for appellant.

*George V. Brower* for respondent.

Agree to affirm; no opinion.
All concur, except Rapallo, J., not voting.
Judgment affirmed.